DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER A. BUSTAMANTE (Cal. State Bar # 192373)
Assistant United States Attorney
Major Frauds Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3176
    Facsimile: (213) 894-6269
    Email: Alex.Bustamante@usdoj.gov
R. ALEXANDER ACOSTA
Assistant Attorney General
Civil Rights Division
BARBARA (BOBBI) BERNSTEIN
Trial Attorney, Criminal Section
Civil Rights Division
United States Department of Justice
    601 D. Street, N.W. Room 5124
    Washington, D.C. 20004
    Telephone: (202) 353-0032
    Facsimile: (202) 514-8336
    Email: Bobbi.Bernstein@crt.usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 04-415(B)-PA |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: PHOTOGRAPHING OF DEFENDANTS |
| v. | |
| GILBERT SALDANA,<br>aka Lucky,<br>MERCED CAMBERO,<br>aka Shadow,<br>ALEJANDRO MARTINEZ,<br>aka Alex Martinez,<br>aka Bird,<br>FERNANDO CAZARES,<br>aka Sneaky, and<br>PORFIRIO AVILA<br>aka Dreamer,<br>    Defendants. | |

9

Upon motion by plaintiff United States of America, and good cause having been shown, IT IS HEREBY ORDERED that defendants Martinez, Cazares, and Avila shall permit government officials, agents or officers to take unobstructed photographs of all tattoos on the defendants' bodies, regardless of the location of the tattoos. Each defendant shall, as instructed by governments officials, agents, or officers, remove any clothing or shave any portions of their body that may obstruct any such tattoo.

DATED: ~~January~~ March 16, 2006

_____
HONORABLE PERCY ANDERSON
United States District Judge

Presented by:

_____
ALEXANDER A. BUSTAMANTE
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I, **MARIA A. RAMOS**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **[PROPOSED] ORDER RE: PHOTOGRAPHING OF DEFENDANTS**
service was:

[XX] Placed in a closed*** envelope, for collection and interoffice delivery addressed as follows:

[XX] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**SEE ATTACHMENT**

This Certificate is executed on **January 5, 2006**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_/s/ Maria A. Ramos_
MARIA A. RAMOS

# ATTACHMENT

DFPD Manuel Araujo***
Federal Public Defender's Office
321 East Second Street
Los Angeles, CA 90012

Sonia E. Chahin, Esq.
Law Offices
2222 Foothill Blvd., Suite E-278
La Canada, CA 91011

Michael T. Shannon, Esq.
Attorney at Law
301 East Colorado Blvd., Suite 320
Pasadena, CA 91101

Ivan L. Klein
1717 Fourth Street, Suite 300
Santa Monica, CA 90401