P-SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   CR 04-415(B) PA | Date   November 20, 2006 |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter   NONE

| Cynthia Salyer | Pat Cuneo | Alex Bustamante / Bobbi Bernstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Gilbert Saldana | | X | X | Reuven Cohen, DFPD | | X | X |

**Proceedings:   SENTENCING**

All victims present who wish to speak are permitted to do so by the Court

Refer to Judgment and Probation/Commitment Order (attached hereto).

Defendant informed of right to appeal.

FILED and distributed judgment.   ENTERED

DOCKETED ON CM
DEC - 4 2006
BY ___ 17

: 24

Initials of Deputy Clerk

cc:

CR-11 (09/98)   CRIMINAL MINUTES - GENERAL   Page 1 of 1