**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| PLAINTIFF(S) | CASE NUMBER |
| v. |  |
| DEFENDANT(S). | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 05-01 and/or the Court's Case Management Order as indicated:

_____ / _____ / _____
*Date Filed*           *Doc. No.*         *Title of Document*

_____ / _____ / _____
*Date Filed*           *Doc. No.*         *Title of Document*

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, office address, e-mail address, phone and facsimile numbers
☐ Local Rule 15.1      Proposed amended pleading not attached
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)      No proof of service attached to document(s) for non-electronically served parties
☐ For non-compliance with the Court's Case Management Order. Any future pleadings or documents must be filed in conformity with the explicit and detailed instructions contained in the Case Management Order.
☐ Other

Dated: _____     By: _____
                                        U.S. District Judge / U.S. Magistrate Judge

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 05-01 and applicable forms.**

G-106 (10/06)                    **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT**