SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
REUVEN L. COHEN (No. 231915)
Deputy Federal Public Defender
(E-mail: Reuven_Cohen@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-4454
Facsimile (213) 894-0081

Attorneys for Defendant
GILBERT SALDANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 04-415-PA |
| --- | --- | --- |
| Plaintiff, | ) | REQUEST FOR TRANSCRIPT OF SEALED PROCEEDING |
| v. | ) | |
| GILBERT SALDANA, | ) | |
| Defendant. | ) | |

I, Reuven Cohen, attorney of record for Gilbert Saldana hereby request a transcript of the proceeding held on June 20, 2006 before Judge Anderson.  I understand that the case/proceeding is sealed and request the court to release said transcript.

                                                    Respectfully submitted,

                                                    SEAN K. KENNEDY
                                                    Federal Public Defender

DATED: June __, 2007              By     /S/
                                                    REUVEN L. COHEN
                                                    Deputy Federal Public Defender