SEAN K. KENNEDY (No. 145632)
Federal Public Defender
Email: Sean_Kennedy@fd.org
REUVEN L. COHEN (No. 231915)
Deputy Federal Public Defender
Email: Reuven_Cohen@fd.org
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, California 90012-4758
Telephone (213) 894-4454
Facsimile (213) 894-0081

Attorneys for Defendant
GILBERT SALDANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 04-415-PA |
| Plaintiff, | ) | [PROPOSED] ORDER |
| v. | ) | |
| GILBERT SALDANA, | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

The request for a transcript of the following date 6/20/06 sealed proceeding

is hereby Granted ____ Denied ____ .

DATED: June __, 2007

_____
HONORABLE PERCY ANDERSON
United States District Judge

Presented by:

/s/
_____
REUVEN L. COHEN
Deputy Federal Public Defender

P:\Libby\SALDANA\TRANSCRIPT-ORD-2.wpd