1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   ALEXANDER A. BUSTAMANTE (Cal. State Bar # 192373)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3176
7       Facsimile: (213) 894-6269
        Email: Alex.Bustamante@usdoj.gov
8  GRACE CHUNG BECKER
   Acting Assistant Attorney General
9  Civil Rights Division
   BARBARA (BOBBI) BERNSTEIN
10 Deputy Chief, Criminal Section
   Civil Rights Division
11 United States Department of Justice
        601 D. Street, N.W. Room 5124
12      Washington, D.C.  20004
        Telephone: (202) 353-0032
13      Facsimile: (202) 514-8336
        Email: Bobbi.Bernstein@usdoj.gov
14 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

15

16                  UNITED STATES DISTRICT COURT

17              FOR THE CENTRAL DISTRICT OF CALIFORNIA

18 UNITED STATES OF AMERICA,    ) NO. CR 04-415(B)-PA
                                )
19          Plaintiff,          ) GOVERNMENT'S RESPONSE TO DEFENSE
                                ) JOINT MOTION TO HAVE PROCEEDINGS
20     v.                       ) UNSEALED FOR APPEAL
                                )
21 GILBERT SALDAÑA,             )
   aka Lucky,                   )
22 MERCED CAMBERO,              )
   aka Shadow,                  )
23 ALEJANDRO MARTINEZ,          )
   aka Alex Martinez,           )
24 aka Bird,                    )
   FERNANDO CAZARES,            )
25 aka Sneaky, and              )
   PORFIRIO AVILA               )
26 aka Dreamer,                 )
                                )
27          Defendants.         )
                                )
28 _____)

1    The United States of America, through undersigned counsel,
2 hereby responds to the joint defense motion to have proceedings
3 from the defendants' criminal trial unsealed for purposes of
4 appeal (or, in the alternative, to have the sealed documents
5 released to appellate counsel to review for appeal). As the
6 defendants note, the docket sheet from the criminal trial does
7 not clearly identify which party filed each sealed document or
8 identify the topic to which each sealed document relates. Absent
9 this information from the Clerk's Office, the parties cannot
10 judge the accuracy of the docket sheet, and the government cannot
11 respond confidently to the merits of the motion to unseal. The
12 government believes that certain of the sealed records contain
13 private information that should continue to be under seal, but
14 believes nevertheless that most or even all of the sealed
15 documents, including the ones that should remain under seal,
16 likely should be produced, with proper protective orders, to the
17 defendants' appellate counsel. However, the government cannot
18 take a final position on these questions without first reviewing
19 the documents and assessing, in each individual case, the
20 propriety of this course of action.
21    Accordingly, the government respectfully requests that the
22 Court deny the defense motion at this time, and instead order the
23 Clerk's Office to provide to the Court a copy of each sealed
24 filing, to then be released to the party that filed it. Once the
25 sealed pleadings have all been produced to the parties that filed
26 them, the parties can inform this Court whether they object to
27 their previously-sealed filings being unsealed or, in the
28 alternative, to being provided to opposing counsel with

1  appropriate protective orders.
2      Although the government expects that it will ultimately move
3  that most, if not all, of the government's sealed pleadings be
4  provided to appellate counsel (with any appropriate limitations
5  on their use and distribution), the government cannot, in good
6  conscience, agree to such a condition without first having the
7  opportunity to verify each filing on record with the Clerk's
8  Office and to assess, on a pleading-by-pleading basis, the
9  appropriateness of this course of action.  Additionally,
10 appellate counsel for the government would like to review any
11 motion filed under seal by any defendant, unless the defendant
12 can show that good reason remains for such a motion to continue
13 to be kept secret from the government.  The government's proposed
14 course of action will allow each party to review and assess the
15 pleadings filed by that party; will allow each party an
16 opportunity to object to disclosure of a particular filing; and
17 will ultimately achieve the goal of full disclosure, to all
18 appellate counsel, of any information that may appropriately be
19 disclosed.
20
21 ///
22 ///
23 ///
24 ///

    Accordingly, the government respectfully requests that this Court issue the proposed order re: unsealing of proceedings, outlining the procedure to be followed for identifying and disclosing sealed documents from the trial of this matter.

Respectfully submitted

THOMAS P. O'BRIEN
United States Attorney

GRACE CHUNG BECKER
Acting Assistant Attorney General
Civil Rights Division

_03/24/08_                              _____/S/_____
DATE                                     ALEXANDER A. BUSTAMANTE
                                         Assistant United States Attorney
                                         Major Frauds Section

                                         BARBARA (BOBBI) BERNSTEIN
                                         Deputy Chief, Criminal Section
                                         Civil Rights Division
                                         United States Department of Justice

                                              Attorneys for Plaintiff
                                              United States of America