UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 04-415(B)-PA |
| Plaintiff, | [PROPOSED] ORDER RE: UNSEALING OF PROCEEDINGS |
| v. | |
| GILBERT SALDAÑA,<br>aka Lucky,<br>MERCED CAMBERO,<br>aka Shadow,<br>ALEJANDRO MARTINEZ,<br>aka Alex Martinez,<br>aka Bird,<br>FERNANDO CAZARES,<br>aka Sneaky, and<br>PORFIRIO AVILA<br>aka Dreamer, | |
| Defendants. | |

The Court having reviewed and considered the pleadings filed on this matter, IT IS HEREBY ORDERED THAT:

(1) Within 30 days of this Order, the Clerk of Court shall deliver to this Court, for distribution to the filing party, a true and correct copy of each sealed filing identified in the exhibit attached to defendant Martinez's Joint Motion to Have Proceedings Unsealed for Purposes of Direct Criminal Appeal;

(2) Within 30 days of receiving copies of the sealed filings in this matter, counsel for each party shall file with this Court a recommendation as to whether each document filed by that party should be unsealed and/or provided to opposing counsel; and

(3) For any pleading a party believes should remain sealed, and any pleading a party believes should be withheld from opposing appellate counsel, the party shall submit to this Court an explanation of the reasons for that belief and the authorities supporting that belief.

IT IS SO ORDERED.

Dated: _____

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented By:

THOMAS P. O'BRIEN
United States Attorney

_____/S/_____
Alexander Bustamante
Assistant United States Attorney

Barbara (Bobbi) Bernstein
Deputy Chief, Criminal Section
Civil Rights Division