**FILED**

UNITED STATES COURT OF APPEALS

JAN 14 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>FERNANDO CAZARES, a/k/a "SNEAKY,"<br><br>Defendant - Appellant. | No. 06-50677<br><br>D.C. No. CR-04-415-PA<br>Central California<br>(Los Angeles) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GILBERT SALDAÑA,<br><br>Defendant - Appellant. | No. 06-50678<br><br>D.C. No. CR-04-415-PA<br>Central California<br>(Los Angeles) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ALEJANDRO MARTINEZ,<br><br>Defendant - Appellant. | No. 06-50679<br><br>D.C. No. CR-04-415-PA<br>Central California<br>(Los Angeles) |



RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>PORFIRIO AVILA, a/k/a Dreamer,<br><br>Defendant - Appellant. | No. 07-50037<br><br>D.C. No. CR-04-415-PA<br>Central California,<br>(Los Angeles)<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The unopposed motion by Jonathan D. Libby, Esq., appointed counsel for Gilbert Saldaña, for a 70-day extension of time to file appellants' opening briefs, which is joined by the other appellants, is granted.

Appellants' opening briefs and excerpts of record are due March 30, 2010. Appellee's answering brief is due June 30, 2010. Appellants' optional reply briefs are due August 30, 2010.

Appellants are encouraged to join in a single brief and to avoid repetition in the briefs to the greatest extent practicable. *See* 9th Cir. R. 28-4, -5. Any party who wishes to file an oversized or, in the event of joint briefing, a supplemental brief, shall submit a single copy of the proposed brief, along with a motion for leave to file it, not later than the brief due date. *See* 9th Cir. R. 32-2.

Nos. 06-50677, 06-50678, 06-50679 & 07-50037

Appellants shall monitor issuance of the certificate of record by the district court; absence of the certificate of record will delay resolution of the appeals. *See* 9th Cir. R. 11-2.

The Clerk shall forward to the Appellate Commissioner all motions for procedural relief filed before these appeals are calendared.